UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| COBEY BRAQUET | CIVIL ACTION NO. 6:15-cv-02881 |
| VERSUS | JUDGE WALTER |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is REVERSED and REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1] More particularly, the Commissioner is instructed to properly evaluate the claimant's residual functional capacity, to properly determine the amount of weight to give to Dr. Roland C. Miller's opinions, to give

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).

the claimant an opportunity to supplement the record with updated medical records, and to allow the claimant to testify at another hearing.

Signed at Shreveport, Louisiana, this 26 day of May, 2017.

*Donald E. Walter*
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE